```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0076--CR (RRB)
                          "USA V BYRON WILLIAMS ET AL"
                              DEF 1.1 WILLIAMS, BYRON

              Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  08/16/05
            Closed:  NO
No. of Defendants:  3
   MJ Case Number:  A05-0146--MJ
               AKA:  FELIPE, FELIPAE
   Location status:  U.S. Custody
        Trial date:  01/03/06
        Terminated:  NO
Needs interpreter:  NO
 Counsel of record:  John W. Abbott
                    POB 112306
                    Anchorage, AK 99511-2306
                    907-346-1039
                    FAX     -      -
                    Serve: YES
                     Type: Retained
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  James A. Goeke
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial



Counts re: DEF 1.1 WILLIAMS, BYRON

Document             Count      Citation and Description                        Disposition
────────             ─────      ───────────────────────                         ───────────

    1 -   1 IND       1         21:846,841(a)(1),(b)(1)(B)  DRUG CONSPIRACY (F)  Terminated

   41 -   1           1-S       21:846,841(a)(1),(b)(1)(A) DRUG CONSPIRACY (F)   Pending

   41 -   1           2-S       21:856(a)(1) and (b) MAINTING A DRUG INVOLVED    Pending
                                PREMISES (F)
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0076--CR (RRB)
                                    "USA V BYRON WILLIAMS ET AL"
                                      DEF 2.1 STUCKEY, LATONYA

                    Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 08/16/05
            Closed: NO
No. of Defendants: 3
    MJ Case Number: A05-0146--MJ
               AKA:
   Location status: U.S. Custody
        Trial date:
        Terminated: NO
 Needs interpreter: NO
 Counsel of record: Herbert A. Viergutz
                    Barokas & Martin
                    1029 W. 3rd Avenue, Suite 280
                    Anchorage, AK 99501
                    907-276-8010
                    FAX 907-276-5334
                    Serve: YES
                     Type: Retained
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: James A. Goeke
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial



Counts re: DEF 2.1 STUCKEY, LATONYA

Document         Count       Citation and Description                              Disposition
────────         ─────       ────────────────────────                              ───────────
    1 -   1 IND    1         21:846,841(a)(1),(b)(1)(B)  DRUG CONSPIRACY (F)       Terminated

   41 -   1        1-S       21:846,841(a)(1),(b)(1)(A)  DRUG CONSPIRACY (F)       Pending
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0076--CR (RRB)
                                        "USA V BYRON WILLIAMS ET AL"
                                        DEF 3.1 WASHINGTON, KELVIN

                      Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed:  08/16/05
               Closed:  NO
   No. of Defendants:   3
       MJ Case Number:
                  AKA:  KEVIN WASHINGTON, SPECIAL K
      Location status:  U.S. Custody
           Trial date:  01/03/06
           Terminated:  NO
    Needs interpreter:  NO
    Counsel of record:  Sue Ellen Tatter
                        Federal Public Defender
                        550 W. 7th Avenue, Suite 1600
                        Anchorage, AK 99501
                        907-646-3400
                        FAX 907-646-3480
                        Serve: YES
                         Type: FPD
                         Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record:   James A. Goeke
                        U.S. Attorney's Office
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513-7567
                        907-271-5071
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial


   Counts re: DEF 3.1 WASHINGTON, KELVIN

   Document             Count     Citation and Description                         Disposition
   ─────────            ─────     ────────────────────────                         ───────────
     41 -    1          1-S       21:846,841(a)(1),(b)(1)(A) DRUG CONSPIRACY (F)   Pending
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A05-0076--CR (RRB)
          "USA V BYRON WILLIAMS ET AL"

                  For all filing dates
```

Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 08/16/05
           Closed: NO
No. of Defendants: 3

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/16/05 | [Re: DEF 1-2] PLF 1 Indictment. |
| 2 - 1 | 08/16/05 | [Re: DEF 1-2] JDR Grand Jury Minutes; No bail set. IDetention per 18:3142). Set for arraignmetn and notify USM. In Federal Custody. |
| NOTE - 1 | 08/17/05 | Notation: Proposed trial date setting for arraignment and notice of speedy trial act deadlines forwarded to chambers. |
| 3 - 1 | 08/17/05 | [Re: DEF 1] JDR Minute Order Arraignment set for 8/18/05 at 2:30 p.m.in Courtroom #6.  cc: AUSA, FPD, USM, UPSO |
| 4 - 1 | 08/17/05 | [Re: DEF 2] JDR Minute Order arraignment set for 8/18/05 at 3:00 p.m. in courtroom #6.  cc: AUSA, FPD, USM, USPO |
| 5 - 1 | 08/17/05 | [Re: DEF 1-2] Documents transferred from: A05-0146 MJ (JDR) TO A05-0076 CR RRB). |
| 6 - 1 | 08/18/05 | DEF 2 Attorney Appearance of Herbert Viergutz. |
| 7 - 1 | 08/18/05 | DEF 2 motion for cnsl to appear telephonically ar 3:00 p.m. hrg on 8/18/05. |
| 8 - 1 | 08/18/05 | DEF 1 Attorney Appearance of John Abbott. |
| 7 - 2 | 08/19/05 | [Re: DEF 2] JDR Order granting motion for cnsl to appear telephonically arr 3:00 p.m. hrg on 8/18/05 (7-1). cc: USA, H. Viergutz |
| 9 - 1 | 08/19/05 | [Re: DEF 2] JDR Court Minutes [ECR: Caroline Edmiston] RE: Arraignment on Indictment/Detention Hearing (held 08/18/05); def plead not guilty to ct 1 of the indictment; Herb Viergutz appointed cja, defendant's det continued; ptm's due 09/08/05; meet and confer 08/26/05; tbj 10/24/05. CC: USA, H. VIERGUTZ, FPD CJA Clerk, USM, USPO, Judge Beistline. |
| 10 - 1 | 08/19/05 | [Re: DEF 2] JDR Order of Detention Pending Trial. cc: usa, usm, uspo, h. viergutz. |
| 11 - 1 | 08/19/05 | [Re: DEF 2] JDR Order regarding preparation for trial (held 08/18/05); cnsl to meet and confer by 08/26/05; ptms due 09/08/05. CC: USA, H. VIERGUTZ. |
| 12 - 1 | 08/19/05 | [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] RE: Arraignment on Indictment/Detention Hearing (held 08/19/05); Defendant plead not guilty to count 1 of the indictment; John W. Abbott retained; Defendant detained; ptms due 09/08/05; meet and confer by 08/26/05; TBJ 10/24/05. CC: USA, J. ABBOTT, USM, USPO, Judge Beistline. |
| 13 - 1 | 08/19/05 | [Re: DEF 1] JDR Order of Detention Pending Trial. USA, J. ABBOTT, USM, USPO. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A05-0076--CR (RRB)
                           "USA V BYRON WILLIAMS ET AL"

                                 For all filing dates


 Document #    Filed     Docket text
    14 -   1   08/19/05  [Re: DEF 1] JDR Order regarding preparation for trial (held 08/18/05);
                         ptms due 09/08/05; meet and confer due 08/26/05. CC: USA, J. ABBOTT.

    15 -   1   08/22/05  [Re: DEF 1-2] RRB Minute Order setting trial by jury for 10/24/05 at
                         8:30 a.m. and FPTC for 10/18/05 at 8:45 a.m. in Courtroom #2.  cc: AUSA,
                         J. ABBOTT, H. VIERGUTZ, MJ ROBERTS, JC

    16 -   1   08/25/05  [Re: DEF 1-2] PLF 1 Discovery Conference Certificate.

    17 -   1   08/29/05  [Re: DEF 2] AMENDED JDR Court Minutes [ECR: Caroline Edmiston]
                         Arraignment on Indictment/Detention Hearing (held 08/18/05); def plead
                         not guilty to ct 1 of the indictmnet; *Herb Viergutz retained;
                         defendant's det continued; ptms due 09/08/05; meet and confer 08/26/05;
                         tbj 10/24/05.  CC: USA, H.Viergutz, USM, USPO, Judge Beistline.

    18 -   1   09/08/05  DEF 1 motion to compel discovery w/att exhs.

    19 -   1   09/08/05  DEF 1 motion to suppress evidence.

    19 -   2   09/08/05  DEF 1 motion for evidentiary hearing re motion to suppress (18A-1).

    20 -   1   09/08/05  DEF 2 joinder to DEF 1 motion to compel discovery (18-1)w/att exh.

    21 -   1   09/12/05  [Re: DEF 1] JDR Order granting motion for evidentiary hearing re motion
                         to suppress (19-1) (19-2); Evident hrg on mot to suppress set for
                         9/16/05 at 9:30 a.m. cc: USA, J. Abbott, USM, USPO

    22 -   1   09/13/05  [Re: DEF 1] PLF 1 motion on shortened time to strike evidentiary hrg
                         w/att decl & exhs.

    23 -   1   09/14/05  [Re: DEF 1] JDR Minute Order re def's response to govt's mot to strike
                         evident hrg (22-1) due 9/15/05 at 2:00 pm. cc: USA, J. Abbott

    24 -   1   09/15/05  DEF 1 non-opposition to [Re: DEF 1] PLF 1 motion on shortened time to
                         strike evidentiary hrg (22-1).

    25 -   1   09/15/05  [Re: DEF 1] JDR Minute Order granting motion on shortened time to strike
                         evidentiary hrg (22-1); evident hrg prev set for 9/16 is VACATED. cc:
                         USA, J.Abbott, USM, USPO

    26 -   1   09/16/05  [Re: DEF 1] PLF 1 opposition to DEF 1 motion to compel discovery (18-1).

    27 -   1   09/21/05  [Re: DEF 1] JDR Minute Order re motion to suppress evidence (19-1)
                         deemed withdrawn; any refiling of a mot to suppress due 10/5/05. cc:
                         USA, J. Abbott

    28 -   1   09/21/05  [Re: DEF 1] JDR Order granting/denying motion to compel discovery
                         (18-1). cc: USA, J. Abbott

    29 -   1   10/05/05  DEF 1 motion to suppress w/att exhs.

    29 -   2   10/05/05  DEF 1 motion (Request) for evidentiary hearing w/att exhs.

    30 -   1   10/06/05  [Re: DEF 1] JDR Minute Order granting motion (Request) for evidentiary
                         hearing (29-2).  Evidentiary hearing on def's motion to suppress is set
                         for 10/13/05 at 8:30 a.m. in Courtroom #6 before Magistrate Judge
                         Pallenberg.  The governments response to defendant's mot shall be due by

 ACRS: R_RDSDX                  As of 12/01/05 at 2:55 PM by GARRY                       Page 2
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A05-0076--CR (RRB)
                          "USA V BYRON WILLIAMS ET AL"
```

|  | For all filing dates |
|---|---|

| Document # | Filed | Docket text |
|---|---|---|
|  |  | the COB 10/11/05.  Clerk shall give telephonic notice.  cc: AUSA, J. Abbott, USM, USPO, MJ Pallenberg |
| 31 - 1 | 10/11/05 | DEF 1 motion to vacate trial date on shortened time. |
| 31 - 2 | 10/11/05 | DEF 1 motion to vacate suppression hearing on shortened time. |
| 32 - 1 | 10/11/05 | {SEALED} |
| 33 - 1 | 10/11/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress (29-1). |
| 33 - 2 | 10/11/05 | [Re: DEF 1] PLF 1 motion on shortened time to strike evidentiary hearing. |
| 34 - 1 | 10/12/05 | [Re: DEF 1-2] RRB Minute Order hearing on the motion to vacate continue trial date is set for 10/18/05 at 8:45 a.m. in Courtroom #2.  Judge Beistline will attend telephonically.  cc: AUSA, J. ABBOTT, H. VIERGUTZ, USM, USPO, MJ ROBERTS |
| 35 - 1 | 10/12/05 | [Re: DEF 1] PMP Minute Order holding in abeyance motion to suppress w/att exhs (29-1) pending crt's ruling on def's mot to cont trial; granting motion to vacate suppression hearing on shortened time (31-2), motion on shortened time to strike evidentiary hearing (33-2); evident hrg set for 10/13/05 is VACATED. cc: USA, J. Abbott, USM, USPO |
| 36 - 1 | 10/13/05 | DEF 2 Notice of Intent to change plea. |
| 37 - 1 | 10/17/05 | [Re: DEF 2] RRB Minute Order setting hrg to set PCOP hrg on 10/21/05 @ 10:00 a.m.; Judge Beistline attending telephonically from Fairbanks; FPTC for DEF 2 on 10/18/05 vacated. cc: USA, J. Abbott, H. Viergutz, USM, USPO, JC, MJ Roberts |
| 38 - 1 | 10/18/05 | {SEALED} |
| 39 - 1 | 10/18/05 | [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] re Hrg on Deft Williams' Mot to Vacate Trial Date/FPTC; granting motion to vacate trial date on shortened time (31-1)l TBJ reset to 1/3/06; FPTC reset to 12/28/05 at 9:00 am; excludable delay found.  cc: USA, J. Abbott, USM, USPO, Jury Clerk, MJ Roberts. |
| 40 - 1 | 10/18/05 | [Re: DEF 2] RRB Minute Order a COP hrg is set for 10/24/05 at 9:00 a.m. in courtroom #2.  The hrg set for 10/21/05 is vacated.  cc: cnsl |
| 41 - 1 | 10/19/05 | [Re: DEF 1-3] PLF 1 First Superseding Indictment. |
| NOTE - 2 | 10/20/05 | [Re: DEF 3] Issued WOA. |
| 42 - 1 | 10/20/05 | [Re: DEF 1] JDR Grand Jury Minutes re no bail set; set for arr & notify USM;  In Federal Custody. |
| 43 - 1 | 10/20/05 | [Re: DEF 2] JDR Grand Jury Minutes re no bail set; set for arr & notify USM;  in Fed Custody. |
| 44 - 1 | 10/20/05 | [Re: DEF 3] JDR Grand Jury Minutes re WOA to be issued; no bail set. |
| 45 - 1 | 10/20/05 | [Re: DEF 1] JDR Minute Order arraignment is set for 10/21/05 at 10/21/05 at 10:30 a.m. in Courtroom #6.  cc: AUSA, J. ABBOTT, USM, USPO, JUDGE BEISTLINE |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0076--CR (RRB)
                              "USA V BYRON WILLIAMS ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 46 - 1 | 10/20/05 | [Re: DEF 1] RRB Minute Order arraignment on the SI will be held at the COP hearing set for 10/24/05 at 9:00 a.m. in Courtroom #2.  cc: AUSA, H. VIERGUTZ, USM, USPO, MJ ROBERTS |
| NOTE - 3 | 10/21/05 | [Re: DEF 3] USM Notice of Arrest; defendant arrested 10/21/05. |
| 47 - 1 | 10/21/05 | {SEALED} |
| 48 - 1 | 10/21/05 | {SEALED} |
| 49 - 1 | 10/21/05 | [Re: DEF 1] JDR Court Minutes [ECR: April Karper] re Arr on SIndt (held 10/21/05); def plead not guilty to cts 1 and 2 of the First SIndt; def's det cont; meet and confer by 10/25/05, ptm's due 11/7/05; TBJ set for 1/3/06 before USDJ Beistline; def's mot for evid hrg (dkt 29-2) granted, evid hrg on mot to suppress set for 10/28/05 at 9:30 a.m., def's suppl mot to suppress due by the COB on 10/25/05, govt's suppl response due by 10/27/05 at 4:00 p.m.; cc: USA, J. Abbott, USM, USPO, Judge Beistline. |
| 50 - 1 | 10/21/05 | [Re: DEF 3] RRB Court Minutes [ECR: Elisa Singleton] re Argn on Superseding Indt (held 10/21/05); S. Tatter accepted appointment; plea not guilty ct 1 of SIndt; Pretrial Motions due 10/28/05; Trial date 1/3/06 at 8:30.  cc: USA, FPD, USM, USPO, Judge Beistline |
| 51 - 1 | 10/21/05 | [Re: DEF 3] Financial Affidavit. |
| 52 - 1 | 10/21/05 | [Re: DEF 3] JDR Order regarding preparation for trial; Meet and confer by 10/28/05 at 12:00 pm; pretrial motions due 11/7/05. cc: USA, FPD |
| 53 - 1 | 10/21/05 | [Re: DEF 3] JDR Order of Detention Pending Trial.  cc: USA, FPD, USM, USPO |
| 54 - 1 | 10/21/05 | [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet & confer by 10/25/05; PTM's due 11/7/05. cc: USA, J. Abbott |
| 55 - 1 | 10/24/05 | DEF 3 Attorney Appearance of Sue Ellen Tatter (FPD). |
| 56 - 1 | 10/25/05 | [Re: DEF 1; 3] RRB Minute Order setting trial by jury for 1/3/06 at 8:30 a.m. and FPTC for 12/28/05 at 9:00 a.m.  cc: AUSA, FPD, J. ABBOTT, USM, USPO, MJ ROBERTS, jury clerk |
| 57 - 1 | 10/25/05 | DEF 1 Supplement re: DEF 1 motion to suppress (29-1). |
| 58 - 1 | 10/27/05 | [Re: DEF 1] PLF 1 supplemental opposition to DEF 1 motion to suppress (29-1). |
| 58 - 2 | 10/27/05 | [Re: DEF 1] PLF 1 motion (renewed) to strike evidentiary hearing. |
| 59 - 1 | 10/27/05 | [Re: DEF 3] PLF 1 Discovery Conference Certificate. |
| 60 - 1 | 10/28/05 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] Re: evid hrg on mot to suppress (doc#29) held 10/28/05; matter taken under advisement; written R&R to issue; exp transcript ordered; wit/exh list att.  cc: USA, J. ABBOTT; USM, USPO, JUDGE BEISTLINE |
| 61 - 1 | 10/31/05 | [Re: DEF 3] Return of WOA executed on 10/21/05. |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A05-0076--CR (RRB)
                                "USA V BYRON WILLIAMS ET AL"

                                     For all filing dates


Document #    Filed      Docket text

    62 -  1   11/08/05   [Re: DEF 1] Transcript Re: Evid hrg on mot to suppress held 10/28/05.

    63 -  1   11/10/05   Initial R&R re: DEF 1 motion to suppress (29-1); Recommended be denied;
                         Objections due NOON 11/16/05. Reply due NOON 11/21/05. cc: USA, J.
                         Abbott, Judge Beistline

    64 -  1   11/16/05   DEF 1 objection to R&R re: DEF 1 motion to suppress (29-1) w/att exhs
                         and UNDER SEAL DOCS FOR IN CAMERA REVIEW.

    65 -  1   11/29/05   Final R&R re: DEF 1 motion to suppress (29-1); MJ declines to modify
                         recommendation. cc: USA, J. Williams, Judge Beistline
```