FILED

DEC 0 2 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ RO _____ Deput

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BYRON WILLIAMS, a/k/a "Felipe," "Felipae," and LATONYA STUCKEY,<br><br>    Defendants. | Case No. A05-0076 CR (RRB)<br><br>**ORDER DENYING**<br>**MOTION TO SUPPRESS** |

    Before the Court is Defendant Byron Williams with a Motion to Suppress (Docket 29) and a Supplement to Motion to Suppress (Docket 57).

    The Court has studied the file in this matter and the pleadings relevant to the pending Motions to Suppress. The Court has also specifically considered Defendant's Objections (Docket 64) to the Magistrate Judge's initial Recommendation (Docket 63), and the Final Recommendation (Docket 65).

    Based thereon, the Court hereby **ADOPTS** the Final Recommendation and **DENIES** Defendant's Motion to Suppress (Docket 29) and Supplement to Motion to Suppress (Docket 57). The Court

ORDER DENYING MOTION TO SUPPRESS - 1
A05-0076 CR (RRB)



does so for the reasons specifically articulated by the Magistrate Judge, and further notes that regardless of whether or not Defendant Williams' driver's license was suspended at the time of his arrest, the arresting officers had a good faith belief that it was and were therefore justified in making the arrest.

**IT IS SO ORDERED.**

ENTERED this ___1___ day of December, 2005.

RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

PD 12-2-05

A05-0076--CR (RRB)            MAGISTRATE JUDGE ROBERTS
-----------------------------
J. ABBOTT
H. VIERGUTZ
J. GOEKE (US-ATTY)


ORDER DENYING MOTION TO SUPPRESS - 2
A05-0076 CR (RRB)