MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs BYRON WILLIAMS              CASE NO. A05-0076-01 CR (RRB)
Defendant: X Present    X In Custody

BEFORE THE HONORABLE                 JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:               ELISA SINGLETON

UNITED STATES ATTORNEY:              JAMES GOEKE

DEFENDANT'S ATTORNEY:                JOHN ABBOTT

U.S.P.O.:                            KAREN BREWER

PROCEEDINGS: ARRAIGNMENT ON 2ND SUPERSEDING INDICTMENT -
            HELD 12/16/2005:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Convened at 10:30 a.m.

X Copy of 2nd Superseding Indictment given to defendant; waived
reading.

X Defendant advised of general rights. X Waived full advisement.

X Defendant advised of charges and penalties.

X PLEAS; Not Guilty to Counts 1 & 2 of the 2nd Superseding
  Indictment.

X Defendants detention continued.

X Pretrial motions due **December 30, 2005**, applies only to motions
that could not have been filed prior to the 2nd Superseding
Indictment.

Adjourned at 10:36 a.m.

DATE: December 16, 2005   DEPUTY CLERK'S INITIALS:    ES
05/00