UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA  v.  WILLIAMS, et al.

DATE: December 21, 2005   CASE NO. A05-0076 CR (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS
RE MOTION TO CONTINUE TRIAL**

---

The United States' Unopposed Motion to Continue Trial Regarding Defendants Byron Williams and Kelvin Washington (Docket 83) will be addressed at the final pretrial conference scheduled in this matter for **Wednesday, December 28, 2005, at 9:00 a.m.,** in Courtroom 2.  Judge Beistline will attend telephonically from Fairbanks, Alaska.

M.O. RE MOTION TO CONTINUE

89