JOHN W. ABBOTT
P.O. BOX 112306 (MAIL ONLY)
ANCHORAGE, AK 99511-2306
9110 JUPITER DRIVE (HAND DELIVERY ONLY)
ANCHORAGE, AK 99507
TEL & FAX: 1-907-346-1039
E-MAIL: jwabbott@gci.net

COUNSEL FOR DEFENDANT
BYRON WILLIAMS

RECEIVED
JAN 1 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. A05-076 CR (RRB) |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION TO WITHDRAW AS** |
| BYRON WILLIAMS (D-1), LATONYA ) | **COUNSEL OF RECORD FOR** |
| STUCKEY (D-2), KELVIN ) | **DEFENDANT BYRON** |
| WASHINGTON (D-3), and RODERICK ) | **WILLIAMS** |
| WILLIAMS (D-4), ) | |
| ) | |
| Defendants. ) | |
| ) | |

   COMES NOW John W. Abbott, counsel of record for Defendant Byron Williams in the above captioned case, and moves this court for an order allowing him to withdraw from representation of Byron Williams. This relief is requested for the reasons set forth below.

   This counsel has previously notified the court that he has been diagnosed with cancer and will be undertaking radiation therapy five times per week for a period of at least two months. Additionally, chemotherapy treatment will commence concurrent with the radiation therapy. Actual radiation treatment will

**SCANNED**

commence today, January 12, 2006 with chemotherapy to commence on January 16, 2006. I have been advised that I will, in all likelihood, experience extreme nausea from the chemotherapy and fatigue from the radiation treatment. Accordingly, I will be unable to provide Byron Williams with the defense he requires given the nature and scope of the charges against him.

Byron Williams has advised that he will be unable to engage the services of private counsel and will request the appointment of counsel. A statement of financial affairs will be provided to the Magistrate Judge prior to any hearing on the matter.

Dated this 12th day of January, 2006.

_____
JOHN W. ABBOTT, ABA NO. 7004007
Counsel for Defendant Byron Williams

JOHN W. ABBOTT
Attorney At Law
P.O. Box 112306
Anchorage, Alaska 99511-2306
TEL & FAX: 1-907-346-1039
e-mail: jwabbott@gci.net

**CERTIFICATION:**

I certify that a true and correct
copy of the foregoing pleading was:

- ☐ sent by facsimile transmission
  to the below facsimile number:
  1-907-271-1500

- ☒ sent by U.S. First Class mail,
  postage prepaid to the below address:

- ☐ sent by U.S. mail, certified return
  to the below address:

- ☐ hand delivered to the below address:

JAMES A. GOEKE, ESQ.
222. W. 7th Avenue, Room 253
Anchorage, AK 99513-7567
(USA)

HERBERT A. VIERGUTZ, ESQ.
1029 West 3rd Avenue, Suite 280
Anchorage, AK 99501
(STUCKEY)

RICH KURTNER, ESQ.
550 W. 7TH AVENUE, SUITE 1600
ANCHORAGE, AK 99501
(WASHINGTON)

HENRY GRAPER, III, ESQ.
737 M STREET
ANCHORAGE, AK 99501
(RODERICK WILLIAMS)

on the 13th day of January, 2006.

*/s/ John W. Abbott*
JOHN W. ABBOTT

JOHN W. ABBOTT
Attorney At Law
P.O. Box 112306
Anchorage, Alaska 99511-2306
TEL & FAX: 1-907-346-1039
e-mail: jwabbott@gci.net