RECEIVED
JAN 1 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**JOHN W. ABBOTT**
P.O. BOX 112306 (MAIL ONLY)
ANCHORAGE, AK 99511-2306
9110 JUPITER DRIVE (HAND DELIVERY ONLY)
ANCHORAGE, AK 99507
TEL & FAX: 1-907-346-1039
E-MAIL: jwabbott@gci.net

**COUNSEL FOR DEFENDANT**
**BYRON WILLIAMS**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>BYRON WILLIAMS, a.k.a., "Felipe" and "Felipae" and LATONYA STUCKEY,<br><br>Defendants. | NO. A05-076 CR (RRB)<br><br>**ORDER ON JOHN W. ABBOTT'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BYRON WILLIAMS** |

The Court having considered the motion of John W. Abbott to withdraw as counsel of record for Defendant Byron Williams, and considering any opposition to his motion, and good cause being shown,

IT IS HEREBY ORDERED that John W. Abbott shall be allowed to withdraw as counsel of record for Defendant Byron

Dated this ____ day of _____, 2006.

ORDER ON JOHN W. ABBOTT'S
 MOTION TO WITHDRAW
USA V. WILLIAMS
CASE NO. A05-076 CR (RRB)

RALPH R. BEISTLINE
U. S. District Court Judge

**CERTIFICATION:**

I certify that a true and correct
copy of the foregoing pleading was:

- ☐ sent by facsimile transmission
  to the below facsimile number:
  1-907-271-1500

- ☒ sent by U.S. First Class mail,
  postage prepaid to the below address:

- ☐ sent by U.S. mail, certified return
  to the below address:

- ☐ hand delivered to the below address:

JAMES A. GOEKE, ESQ.
222. W. 7th Avenue, Room 253
Anchorage, AK 99513-7567
(USA)

HERBERT A. VIERGUTZ, ESQ.
1029 West 3rd Avenue, Suite 280
Anchorage, AK 99501
(STUCKEY)

RICH KURTNER, ESQ.
550 W. 7TH AVENUE, SUITE 1600
ANCHORAGE, AK 99501
(WASHINGTON)

HENRY GRAPER, III, ESQ.
737 M STREET
ANCHORAGE, AK 99501
(RODERICK WILLIAMS)

on the 13th day of January, 2006.

*/s/ John W. Abbott*
JOHN W. ABBOTT

ORDER ON JOHN W. ABBOTT'S
MOTION TO WITHDRAW
USA V. WILLIAMS
CASE NO. A05-076 CR (RRB)

JOHN W. ABBOTT
Attorney At Law
P.O. Box 112306
Anchorage, Alaska 99511-2306
TEL & FAX: 1-907-346-1039
e-mail: jwabbott@gci.net