RECEIVED
JAN 13 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

JOHN W. ABBOTT
P.O. BOX 112306 (MAIL ONLY)
ANCHORAGE, AK 99511-2306
9110 JUPITER DRIVE (HAND DELIVERY ONLY)
ANCHORAGE, AK 99507
TEL & FAX: 1-907-346-1039
E-MAIL: jwabbott@gci.net

COUNSEL FOR DEFENDANT
BYRON WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. A05-076 CR (RRB) |
| Plaintiff, | ) | |
| | ) | ORDER ON JOHN W. ABBOTT'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BYRON WILLIAMS |
| BYRON WILLIAMS, a.k.a., "Felipe" and "Felipae" and LATONYA STUCKEY, | ) ) ) | |
| Defendants. | ) | |

The Court having considered the motion of John W. Abbott to withdraw as counsel of record for Defendant Byron Williams, and considering any opposition to his motion, and good cause being shown,

IT IS HEREBY ORDERED that John W. Abbott shall be allowed to withdraw as counsel of record for Defendant Byron

Dated this 18th day of January, 2006.

ORDER ON JOHN W. ABBOTT'S
MOTION TO WITHDRAW
USA V. WILLIAMS
CASE NO. A05-076 CR (RRB)

_____
JOHN D. ROBERTS
U.S. Magistrate Judge

**CERTIFICATION:**

I certify that a true and correct
copy of the foregoing pleading was:

☐ sent by facsimile transmission
to the below facsimile number:
1-907-271-1500

☒ sent by U.S. First Class mail,
postage prepaid to the below address:

☐ sent by U.S. mail, certified return
to the below address:

☐ hand delivered to the below address:

JAMES A. GOEKE, ESQ.
222. W. 7th Avenue, Room 253
Anchorage, AK 99513-7567
(USA)

HERBERT A. VIERGUTZ, ESQ.
1029 West 3rd Avenue, Suite 280
Anchorage, AK 99501
(STUCKEY)

RICH KURTNER, ESQ.
550 W. 7TH AVENUE, SUITE 1600
ANCHORAGE, AK 99501
(WASHINGTON)

HENRY GRAPER, III, ESQ.
737 M STREET
ANCHORAGE, AK 99501
(RODERICK WILLIAMS)

on the 13th day of January, 2006.

_____
JOHN W. ABBOTT

ORDER ON JOHN W. ABBOTT'S
MOTION TO WITHDRAW
USA V. WILLIAMS
CASE NO. A05-076 CR (RRB)

JOHN W. ABBOTT
Attorney At Law
P.O. Box 112306
Anchorage, Alaska 99511-2306
TEL & FAX: 1-907-346-1039
e-mail: jwabbott@gci.net