LAW OFFICES OF D. SCOTT DATTAN  
2600 Denali Street, Suite 460  
Anchorage, Alaska 99503  
Phone: (907) 276-8008  
Fax: (907) 278-8571  

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| BYRON WILLIAMS, | ) ) |
| Defendant. | ) ) |
| | ) Case No. 3:05-cr-76-1-RRB |

## ENTRY OF APPEARANCE

The LAW OFFICES OF D. SCOTT DATTAN hereby enters its appearance on behalf of Defendant, Byron Williams. Counsel, having entered an appearance in this matter, requests that copies of all pleadings, filings and orders be sent to the undersigned at the address listed above.

Dated at Anchorage, Alaska this 19th day of January, 2006

       s/D. Scott Dattan  
       Attorney for Defendant, Byron Williams  
       2600 Denali Street, Suite 460  
       Anchorage, Alaska 99503  
       Phone: 907-276-8008  
       E-Mail: Dattan@alaska.net

CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2006,
a copy of foregoing ENTRY OF APPEARANCE
was served electronically on James Goeke.

s/D.Scott Dattan