MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ___BYRON WILLIAMS___ CASE NO. __3:05-CR-00076-1-RRB__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY: _____JAMES GOEKE FOR FRANK RUSSO_____

DEFENDANT'S ATTORNEY: _____SCOTT DATTAN, CJA APPOINTED_____

U.S.P.O.: _____KAREN BREWER_____

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 01/20/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:00 a.m. court convened.

_X_ Copy of Third Superseding Indictment given to defendant; waived reading.

_X_ Defendant advised of general rights, charges and penalties; Waived full advisement of rights.

_X_ PLEAS: NOT GUILTY to counts _1 and 2 of the Third Superseding Indictment._

_X_ Defendant detained.

_X_ Pretrial motions extended and due **February 10, 2006**; Order of Progression **SCANNED.**

_X_ Counsel advised of trial date **April 10, 2006 at 8:30 a.m.**

_X_ OTHER: _Meet and confer January 20, 2006._

At 11:08 a.m. court adjourned.

DATE: ___January 20, 2006___ DEPUTY CLERK'S INITIALS: ___Ce___