LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Fax: (907) 278-8571

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| BYRON WILLIAMS, | ) ) |
| Defendant. | ) ) |
| | ) Case No. 3:05-cr-76-1-RRB |

**MOTION TO CONTINUE TRIAL**

Defendant Byron Williams, by and through his attorney D. Scott Dattan, hereby moves to continue the trial in this matter. This motion is not opposed by Assistant U.S. Attorney Frank Russo and is joined by counsel for Roderick Williams.

This motion is supported by the memorandum filed herewith. Granting this motion will result in a period of excludable delay pursuant to 18 USC 3161(h).

Dated at Anchorage, Alaska this 10th day of February, 2006

        s/D. Scott Dattan
        Attorney for Defendant, Byron Williams
        2600 Denali Street, Suite 460
        Anchorage, Alaska 99503
        Phone: 907-276-8008
        E-Mail: Dattan@alaska.net

CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2006,
a copy of foregoing MOTION TO
CONTINUE TRIAL and MEMO was served
electronically on:

James Goeke.
Rich Curtner
Lance Wells
Frank Russo
Sue Ellen Tatter

and by regular U.S. Mail to:

Herbert A. Viergutz
Barokas & Martin
1029 W. 3rd Avenue, Suite 280
Anchorage, AK  99501


s/D.Scott Dattan