LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Fax: (907) 278-8571

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BYRON WILLIAMS, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 3:05-cr-76-1-RRB |

**<u>ORDER</u>**

After consideration of the factors in 18 USC 3161 (h)(8), the motion to continue trial in this matter is granted in order to assure adequate preparation for trial. Trial in this matter is continued to _____ , 2006.

DATED: _____     _____
                                                                                      RALPH R. BEISTLINE
                                                                                      U.S. DISTRICT JUDGE