LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Fax: (907) 278-8571

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BYRON WILLIAMS, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 3:05-cr-76-1-RRB |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO CONTINUE TRIAL**

Rather than bring this issue up on or near the eve of trial, this motion to continue trial which is two months away is brought on the date set for pre-trial motions.

Given the discovery received when undersigned counsel was appointed (January 19, 2006) which included seventy-seven compact discs of recorded conversations, it is simply impossible to meet either the date for pretrial motions or the trial date. Counsel has been informed that another 20 to 30 discs are to be forthcoming. Disc number one contained approximately one hour and fifteen minutes of conversations (but some tracks appear to be defective); disc two: one hour and thirteen minutes. So far those are the only two which have been reviewed by undersigned counsel (and both took longer than that to listen to, take notes, etc.)

Page 1 of 2
USA v BYRON WILLIAMS;3:05-cr-76-1-RRB
Memo in Support of Motion to Continue Trial

Disc three contains another hour and fourteen minutes (which seems to be about average). If so, that computes to 95 hours of recordings on the discs provided to date. That amount of listening alone precluded meaningful review prior to the pretrial motions deadline of February 10, 2006.

If one adds to that the documentary discovery, prior pleadings necessity of discussing this case with Mr. Williams, ( the defendant), and other responsibilities of undersigned counsel (this is not my only case) it just does not seem reasonable to assume that trial in this matter is feasible on April 10, 2006.

Mr. Williams is entitled to review all of the evidence (and have his attorney review it) prior to trial. He is entitled to effective assistance of counsel, which would mean, in these circumstances, that counsel should have time for adequate preparation for trial. Accordingly, that matter should be continued – either to the week of May 15th or the week of July 17th. The deadline for pretrial motions should likewise be extended.

In order to facilitate the review of discovery, undersigned counsel has also prepared a motion for appointment of a case paralegal, to assist all CJA counsel and particularly the two remaining primary defendants, Byron Williams and Roderick Williams.

Dated at Anchorage, Alaska this 10th day of February, 2006

s/D. Scott Dattan
Attorney for Defendant, Byron Williams
2600 Denali Street, Suite 460
Anchorage, Alaska  99503
Phone:  907-276-8008
E-Mail:  Dattan@alaska.net

Page 2 of 2
USA v BYRON WILLIAMS;3:05-cr-76-1-RRB
Memo in Support of Motion to Continue Trial