LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| BYRON WILLIAMS, et al | ) ) |
| Defendant. | ) ) |
| | ) Case No. 3:05-cr-76-1-RRB |

## MOTION TO CONTINUE
## TRIAL SCHEDULING CONFERENCE

D. Scott Dattan, attorney for Byron Williams hereby moves to continue the trial scheduling conference scheduled for February 24, 2006. Counsel actually requests that the matter be advanced one day to February 23rd on continued five days to March 1, 2006, because counsel will be in San Francisco from February 24 through 28, 2006.

This motion is supported by the affidavit of counsel filed herewith.

Dated at Anchorage, Alaska this 14th day of February, 2006

        s/D. Scott Dattan
        Attorney for Defendant, Byron Williams
        2600 Denali Street, Suite 460
        Anchorage, Alaska  99503
        Phone: 907-276-8008
        E-Mail: Dattan@alaska.net
        Alaska Bar No. 8411111

### CERTIFICATE OF SERVICE

      I hereby certify that on February 10, 2006, a copy of foregoing MOTION TO CONTINUE TRIAL SCHEDULING CONFERENCE was served electronically on: James Goeke, Rich Curtner, Lance Wells, Frank Russo, Sue Ellen Tatter, Herbert A. Viergutz, T. Burke Wonnell.

s/D.Scott Dattan
