LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Fax: (907) 278-8571

Attorney for Defendant

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BYRON WILLIAMS, et al )<br>)<br>Defendant. )<br>_____ ) | Case No.3:05-cr-76-1-RRB |

### AFFIDAVIT OF COUNSEL

STATE OF ALASKA         )
                        )ss
THIRD JUDICIAL DISTRICT )

D. Scott Dattan, being first duly sworn upon oath, deposes and states:

1.  I am counsel of record for Byron Williams.

2.  On the night of February 23, I am scheduled to fly to San Francisco. According to the itinerary my arrival is approximately 8:37 a.m. which might make it possible for me to participate telephonically.

3.  My scheduled return to Anchorage is Tuesday evening February 28, 2006.

4.  Just in case the court is considering March 6, I should also indicate that I am scheduled for oral argument before the Ninth Circuit Court of Appeals in Seattle on that date. I would however, be available on March 7th, if necessary.

FURTHER AFFIANT SAYETH NAUGHT.

_____
D. Scott Dattan

SUBSCRIBED AND SWORN to or affirmed before me at Anchorage, Alaska on the 14th day of February, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 04.13.09

