UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA    v.    BYRON WILLIAMS, et al.

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                           CASE NO.   3:05-CR-0076 CR (RRB)

John W. Erickson, Jr.                       DATE: February 15, 2006

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**REGARDING TRIAL SCHEDULING CONFERENCE**

Having reviewed Defendant's Motion to Continue Trial Scheduling Conference (Docket No. 184), the Trial Scheduling Conference in the above matter is hereby rescheduled; and, will be held on **Thursday, February 23, 2006, at 9:00 a.m.**, in Courtroom 2.

MINUTE ORDER REGARDING NOTICE OF APPEAL