DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: larry.card@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:05-cr-00076-RRB |
| Plaintiff, | ) |
| | ) COUNT 1: |
| vs. | ) DRUG CONSPIRACY |
| | )    Vio. of 21 U.S.C. §§ 846, 841(a)(1) & |
| | ) (b)(1)(A), (b)(1)(B), & (b)(1)(C) |
| BYRON WILLIAMS, a/k/a "Flipe", | ) |
| "Felipe", RODERICK ONDRA | ) COUNT 2: |
| WILLIAMS, a/k/a "MC Rod", TONYA | ) MAINTAINING DRUG INVOLVED |
| E. CHAISON, a/k/a "Tanya Chaison- | ) PREMISES |
| Williams", a/k/a "Summer", PAULA | )    Vio. of 21 U.S.C. § 856(a)(2) & (b) |
| MARIE ROBERDS, and SHIRLEE | ) |
| ANN KAKARUK | ) COUNT 3: |
| | ) MAINTAINING DRUG INVOLVED |
| Defendants. | ) PREMISES |
| | )    Vio. of 21 U.S.C. § 856(a)(1) & (b) |
| | ) |
| | ) COUNT 4: |
| | ) POSSESSION OF A CONTROLLED |
| | ) SUBSTANCE WITH INTENT TO |
| | ) DISTRIBUTE |
| | )    Vio. of 21 U.S.C. § 841(a)(1) & (b) |
| | ) (1)(A) |
| | ) |



) COUNT 5:
) ATTEMPTED POSSESSION OF A
) CONTROLLED SUBSTANCE WITH
) INTENT TO DISTRIBUTE
)    Vio. of 21 U.S.C. §§ 846 & 841(a)(1),
) (b)(1)(B), & (b)(1)(C)
)
) COUNT 6:
) ATTEMPTED POSSESSION OF A
) CONTROLLED SUBSTANCE WITH
) INTENT TO DISTRIBUTE
)    Vio. of 21 U.S.C. §§ 846 & 841 (a)(1) &
) (b)(1)(C)
)
) COUNT 7:
) WITNESS TAMPERING
)    Vio. 18 U.S.C. § 1512(b)(1) &(j)
)

## FOURTH SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning at some exact time unknown to the Grand Jury, but at least on or about January 12, 2004, and continuing to on or about December 15, 2005, both dates being approximate and inclusive, the defendants, BYRON WILLIAMS, a/k/a "Flipe" and "Felipe", RODERICK WILLIAMS, a/k/a "MC Rod", TONYA E. CHAISON, a/k/a "Tanya Chaison-Williams", a/k/a "Summer", and SHIRLEE ANN KAKARUK did unlawfully and knowingly combine, conspire, confederate and agree with each other, and with others, both known and unknown to the Grand Jury (the "members of the

conspiracy"), in Anchorage, within the District of Alaska, and in the State of Washington, and elsewhere, to commit the following offenses against the United States, to wit:

To distribute, and possess with intent to distribute, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21 United States Code Sections 841(a)(1) and 841(b)(1)(A); and,

To distribute, and possess with intent to distribute, 50 grams or more of a mixture or substance containing a detectable amount of cocaine base (crack), in violation of Title 21 United States Code Sections 841(a)(1) and 841(b)(1)(A); and,

To distribute, and possess with intent to distribute, a detectable amount of Methylenedioxymethamphetamine (MDMA/Ecstasy) in violation of Title 21 United States Code Sections 841(a)(1) and 841 (b)(1)(C).

## METHOD AND MEANS OF THE CONSPIRACY

It was part of the conspiracy for members of the conspiracy to obtain cocaine and MDMA (Ecstasy) from the State of Washington and to arrange shipment of the cocaine and ecstasy to Anchorage, Alaska. The members of the conspiracy would arrange for the controlled substances to be transported to Anchorage through commercial airline flights, by parcel delivery services, as well as other methods. Members of the conspiracy would travel between Anchorage, Alaska and the State of Washington to arrange for the transportation of cocaine to Anchorage and to transport the cocaine to Anchorage.

It was also part of the conspiracy for members of the conspiracy to manufacture cocaine base (crack) from powder cocaine in Anchorage, Alaska and to possess with intent

to distribute cocaine base (crack) in Anchorage, Alaska. The members of the conspiracy would manufacture and/or package the controlled substances for sale at residences, including 6611 East 9th Avenue #2, and other locations, and sell the controlled substances within the District of Alaska.

It was part of the conspiracy for BYRON WILLIAMS to organize the activities of the conspiracy. Inez Lomax, a co-conspirator, would assist BYRON WILLIAMS by bringing cocaine into Alaska, and delivering money to him in the State of Washington for the purpose of purchasing cocaine and paying his co-conspirators. Female co-conspirators would also help transport drugs and money, and distribute both cocaine and MDMA (Ecstasy) for BYRON WILLIAMS. RODERICK WILLIAMS and SHIRLEE ANN KAKARUK assisted BYRON WILLIAMS, and distributed drugs that BYRON WILLIAMS brought into Alaska from the State of Washington.

It was part of the conspiracy for the members of the conspiracy to attempt to avoid detection by law enforcement for drug trafficking activities, as well as to hide the proceeds of drug trafficking activities. TONYA CHAISON would allow her name to be placed on leases where the members of the conspiracy would store, manufacture, and distribute cocaine and cocaine base (crack). CHAISON also allowed her name to be used on the titles of vehicles that BYRON WILLIAMS would purchase with drug proceeds.

Beginning at some exact time unknown, but at least in March 2005, BYRON WILLIAMS recruited individuals to transport cocaine from Washington state to Anchorage, Alaska via commercial airline flights.

## OVERT ACTS

In furtherance of the conspiracy, and to effect the objects thereof, the defendants, together with other persons known and unknown to the Grand Jury, performed and caused to be performed certain overt acts in the District of Alaska and elsewhere, including, but not limited to the following:

1. On or about January 12, 2004, TONYA E. CHAISON, a/k/a "TANYA E. CHAISON-WILLIAMS" rented an apartment at 6611 E. 9th Avenue, #2, Anchorage, Alaska, for the purpose of possessing and storing cocaine and manufacturing cocaine base (crack). BYRON WILLIAMS used the apartment to manufacture cocaine base (crack) from cocaine and to distribute cocaine and cocaine base (crack) from on or about January 12, 2004 through August 13, 2005.

2. On or about April 21, 2004, BYRON WILLIAMS possessed approximately 137 grams of a substance containing a detectable amount of cocaine base (crack) in Anchorage, Alaska.

3. On or about July 19, 2005 BYRON WILLIAMS arranged to send to Alaska from the State of Washington, a United Parcel Service (UPS) package, by way of next day delivery, a package containing approximately 2 kilograms of cocaine, and approximately 383.9 grams of MDMA (Ecstasy).

4. On or about August 12, 2005, BYRON WILLIAMS, RODERICK WILLIAMS, and others arranged for a co-conspirator, Latonya Stuckey to transport approximately 500 grams of cocaine on her person via Alaska Airlines Flight 197 from

Seattle, Washington to Anchorage, Alaska. BYRON WILLIAMS paid for the co-conspirator's airline ticket on Alaska Airlines Flight 197 and provided her with travel money.

5   On or about August 12, 2005, in the State of Washington, BYRON WILLIAMS gave co-conspirator, Latonya Stuckey, approximately 500 grams of cocaine to transport via Alaska Airlines Flight 197 from the State of Washington to Anchorage, Alaska. BYRON WILLIAMS then proceeded to Anchorage via a separate airline flight ahead of the co-conspirator on August 12, 2005 so that he could meet her and the drugs when she arrived in Alaska.

6.   On or about August 13, 2005, during the early morning hours, BYRON WILLIAMS, RODERICK WILLIAMS, and another co-conspirator, Kelvin Washington arrived at the Anchorage, Alaska airport to meet the transporting co-conspirator, Latonya Stuckey to receive and continue transporting the cocaine that Latonya Stuckey had carried on her person on Alaska Airlines Flight 197.

All in violation of Title 21 United States Code, Sections 846 & 841(a)(1) & (b)(1)(A),(b)(1)(B), and (b)(1)(C).

## COUNT 2

Between on or about January 12, 2004 and on or about August 13, 2005, both dates being approximate and inclusive, the defendants, BYRON WILLIAMS, a/k/a/ "Felipe", and TONYA E. CHAISON, a/k/a "Tanya Chaison-Williams", within the District of Alaska, did manage and control a place at 6611 East 9th Avenue, #2, and did knowingly

and intentionally lease, rent, and make available for use, the place at 6611 East 9th Avenue, #2, Anchorage, Alaska, for the purpose of manufacturing, distributing, and using cocaine and cocaine base (crack), all of which is in violation of Title 21 United States Code, Section 856(a)(2) and (b).

## COUNT 3

Beginning on or about July 28, 2005, and continuing to on or about December 15, 2005, both dates being approximate and inclusive, the defendants, RODERICK WILLIAMS and PAULA MARIE ROBERDS, within the District of Alaska, did knowingly open, lease, rent, use, and maintain a place at 1303 West 23rd Avenue, #28, Anchorage, Alaska, for the purpose of manufacturing, distributing, and using cocaine and cocaine base (crack), all of which is in violation of Title 21 United States Code, Section 856(a)(1) and (b).

## COUNT 4

On or about April 21, 2004, the defendant, BYRON WILLIAMS, a/k/a "Felipe" within the District of Alaska and elsewhere, did knowingly and intentionally possess with the intent to distribute a controlled substance, to wit: 50 grams or more of a mixture or substance containing a detectable amount of cocaine base (crack), all of which is in violation if Title 21 United States Code, 841(a)(1) and (b)(1)(A).

## COUNT 5

On or about July 19, 2005, the defendants, SHIRLEE ANN KAKARUK and BYRON WILLIAMS, a/k/a "Felipe," within the District of Alaska and elsewhere, did

knowingly and intentionally attempt to possess with the intent to distribute a controlled substance, to wit: approximately 500 grams or more of a mixture containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, and approximately 383.9 grams of MDMA (Ecstasy), all of which is in violation of Title 21 United States Code, Sections 846 and 841(a)(1), (b)(1)(B) and (b)(1)(C).

## COUNT 6

On or about August 13, 2005, the defendant, BYRON WILLIAMS, a/k/a "Felipe," and RODERICK ONDRA WILLIAMS, a/k/a "MC Rod", did knowingly and intentionally attempt to possess with the intent to distribute a controlled substance, to wit: a mixture containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, all of which is in violation of Title 21 United States Code, Section 841 (a)(1) and (b)(1)(C)

## COUNT 7

On or about January 20, 2006, the defendant, RODERICK ONDRA WILLIAMS, a/k/a "MC Rod" at Anchorage, in the District of Alaska, did knowingly use intimidation, threats, and corrupt persuasion to wit: with intent to influence the testimony of Kelvin Washington in an official proceeding to have Washington sign a false sworn statement, purporting to exculpate Roderick Williams from any involvement in the Drug Conspiracy

described in Count 1, all of which is in violation of Title 18, United States Code, Sections 1512(b)(1) and (j).

A TRUE BILL.

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

s/Lawrence D. Card
LAWRENCE D. CARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: larry.card@usdoj.gov
Bar No.  8011068

s/Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: deb.smith@usdoj.gov

DATED:  May 16, 2006