MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs BYRON WILLIAMS          CASE NO. 3:05-cr-00076-01-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES ATTORNEY:          LARRY CARD

DEFENDANT'S ATTORNEY:            D. SCOTT DATTAN

U.S.P.O.:                        BARBARA BURTON

PROCEEDINGS: ARRAIGNMENT ON FOURTH SUPERSEDING INDICTMENT
             HELD MAY 18, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:34 p.m. court convened.

 X Copy of Fourth Superseding Indictment given to defendant:
   waived reading.

 X Defendant advised of general rights.  X Waived full advisement
                                           of rights.

 X Defendant advised of charges and penalties.

 X PLEAS: Not guilty to counts 1, 2 , 4, 5, and 6 of the Fourth
   Superseding Indictment.

 X Defendant's detention continued.

 X Additional Pretrial motions due **May 25, 2006** ; Order for the
   Progression of a Criminal Case with Trial by Jury & Final
   Pretrial Date **FILED.**

 X Counsel advised of trial date: **June 26, 2006 at 8:30 a.m.**
   before Ralph R. Beistline.

 X OTHER: Court and counsel heard re defendant's oral motion for
permission to purchase over $500.00 worth of CD's and Video's
from Imit; **GRANTED;** Court instructed counsel to file proper
forms.

At 1:40 p.m. court adjourned.

DATE:      May 18, 2006           DEPUTY CLERK'S INITIALS:    ak