LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Fax: (907) 278-8571

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| BYRON WILLIAMS, et al | ) ) |
| Defendant. | ) ) |
| | ) Case No. 3:05-cr-76-1-RRB |

**PROPOSED JURY INSTRUCTIONS**
**SUBMITTED BY DEFENDANT BYRON WILLIAMS**

Defendant Byron Williams, by and through his attorney D. Scott Dattan, requests the following jury instructions for trial in this matter. Where jury instructions are referred to by number, reference is made to the Ninth Circuit Manual of Model Jury Instructions, Criminal, 2003 Edition. Mr. Williams requests that the following specific instructions be given:

   **1.**   Jury Instruction 8.16:  Conspiracy – Elements

   **2.**   Jury Instruction 9.13:  Controlled Substance – Possession with Intent to Distribute.

   **3.**   Jury Instruction 9.14:  Attempted Possession with Intent to Distribute.

   **4.**   Jury Instruction 4.1:  Statements by Defendant

   **5.**   Jury Instruction 4.8:  Impeachment Evidence – Witness

  **6.**  Jury Instruction 4.9:  Testimony of Witnesses Involving Special Circumstances – Immunity, Benefits, Accomplice, Plea

  **7.**  Jury Instruction 4.13:  Government's Use of Undercover Agents and Informants

  **8.**  Jury Instruction 5.3:  Attempt

In addition, it is necessary to provide a jury instruction for the charge of Maintaining Drug-Involved Premises.  To that end, the jury instruction provided by Defendant Roberds appears to be appropriate.  Submitted herewith is a proposed jury instruction which has been modified to reflect the charge against Defendant Byron Williams.

  Dated at Anchorage, Alaska this 16th day of June, 2006

          s/D. Scott Dattan
          Attorney for Defendant, Byron Williams
          2600 Denali Street, Suite 460
          Anchorage, Alaska  99503
          Phone:  907-276-8008
          E-Mail:  Dattan@alaska.net
          Alaska Bar No. 8411111

CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2006,
a copy of foregoing PROPOSED JURY
INSTRUCTIONS were served
electronically on:

James Goeke.
Rich Curtner
Lance Wells
Frank Russo
Sue Ellen Tatter
Herbert A. Viergutz

s/D. Scott Dattan