DEBORAH M. SMITH
Acting United States Attorney

CRANDON RANDELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99507
Phone (907) 271-5071
Fax: 907-271-1500
e-mail: crandon.randell@usdoj.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>BYRON WILLIAMS, a/k/a, "Felipe",<br>RODERICK ONDRA WILLIAMS, a/k/a<br>"MC Rod", and PAULA MARIE<br>ROBERDS,<br><br>    Defendants. | No. 3:05-cr-0076-RRB<br><br>**GOVERNMENT'S TRIAL BRIEF** |

  COMES NOW the United States of America, by and through counsel, and submits this Trial Brief.

## Statement of the Case

  This case involves an Anchorage based drug operation headed by defendant Byron Williams, a multi-convicted felon.  This particular story, per the indictment, begins in early 2004, when a woman named Tanya Chaison rented an apartment on

East 9th Street in Anchorage, for herself and Byron Williams.  The evidence will show that this apartment was utilized by Byron Williams for the manufacture and distribution of cocaine, and crack cocaine, until August of 2005, when the apartment was searched incident the arrest of Williams, and evidence seized illuminating the drug-related activities.

On April 21 of 2004, at 2:15 a.m., Williams, driving a white colored Mercedes- Benz, was stopped in the Muldoon section of Anchorage for investigation with regard to very dark tinted windows and attempting to elude a police officer. Before pulling over, however, Williams divested himself, through the car window, of 137 grams of crack cocaine.

In July of 2005, Williams, through now-cooperating confederates, arranged to have shipped to Anchorage, from Washington, a package containing approximately 2 kilograms of cocaine, and 384 grams of "Ecstasy."

In August of 2005, Williams was on hand at the Anchorage International airport, to oversee the arrival of a cocaine mule, carrying approximately 500 grams of cocaine, arriving on Alaska Airlines flight 197.  Two confederates of Williams, including co-defendant Roderick "MC Rod" Williams, were on hand at the airport to greet the mule on behalf of Williams, and assist in the delivery of the drugs.

Roderick Williams, was next seen on December 15, 2005, with respect to a car stop, in the Spenard area of Anchorage. Roderick, at the time, was under

federal indictment for drug offenses, and the authorities were surveilling an apartment located at 1303 West 23rd Avenue. Roderick Williams and his girlfriend, co-defendant Paula Roberds, were stopped in Williams' Lincoln Navigator following an apparent street drug transaction conducted by Williams. A later search of the 23rd Avenue apartment revealed evidence items consistent with drug dealing.

Finally, the evidence will show an attempt by Roderick Williams, while in jail, to influence a co-conspirator, Kelvin Washington, to assert that Roderick was no part of any drug conspiracy.

### Witnesses

Witnesses will include law enforcement personnel (primarily DEA and Anchorage Police officers), DEA chemists, and up to five persons previously charged in this case, and now cooperating with the government.

### Evidence

Evidence will include drugs seized in the investigation, documents reflecting flight schedules to Anchorage from the Pacific Northwest, photographs taken during the service of search warrants during the investigation, drug paraphernalia seized from the apartments on East 9th Avenue [Byron Williams] and West 23rd [Roderick Williams], lease agreements, and miscellaneous documents.

### Unresolved Legal Issues

Currently unresolved is a Motion to Sever filed by defendant Paula Roberds.

## Defendants' Statements

The government does not plan to introduce post-arrest statements from any of the remaining defendants. Defendants Roderick Williams and Paula Roberds both elected to testify at the Evidentiary Hearing held May 4, 2006, before the Honorable John D. Roberts, and any statements made on that occasion may be introduced.

RESPECTFULLY SUBMITTED this 19th day of June, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Crandon Randell
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: crandon.randell@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on June 19, 2006
a copy of the foregoing  was served
electronically on:
Scott Dattan            Williams, Byron  (Def. 1)
Lance C. Wells          Williams, Roderick  (Def. 4)
T. Burke Wonnell        Roberds, Paula M.   (Def. 7)

s/Crandon Randell