IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BYRON WILLIAMS, a/k/a "Felipe,"<br>RODERICK ONDRA WILLIAMS, a/k/a "MC Rod," and<br>PAULA MARIE ROBERDS,<br><br>　　　　Defendants. | Case No. 3:05-cr-0076-RRB<br><br>**<u>VERDICT 6</u>** |

We, the Jury, duly impaneled and sworn to try the above-entitled cause, do find the Defendant, BYRON WILLIAMS, _Guilty_ (Guilty or Not Guilty) of the crime of Possession of a Controlled Substance with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A), as charged in Count 4 of the Indictment.

ENTERED this _30_ day of _June_, 2006.

　　　　　　　　　　　　　　　　REDACTED SIGNATURE
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　FOREPERSON