IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BYRON WILLIAMS, a/k/a
"Felipe,"
RODERICK ONDRA WILLIAMS, a/k/a
"MC Rod," and
PAULA MARIE ROBERDS,

        Defendants.

Case No. 3:05-cr-0076-RRB

**VERDICT 9**

We, the Jury, duly impaneled and sworn to try the above-entitled cause, do find the Defendant, RODERICK WILLIAMS, _Not Guilty_ (Guilty or Not Guilty) of the crime of Witness Tampering, in violation of 18 U.S.C. § 1512(b)(1) and (j), as charged in Count 7 of the Indictment.

ENTERED this _30_ day of _June_, 2006.

REDACTED SIGNATURE

FOREPERSON