LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Fax: (907) 278-8571

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| BYRON WILLIAMS, | ) ) |
| Defendant. | ) ) |
| | ) Case No. 3:05-cr-76-1-RRB |

**JOINDER IN MOTION**
**FOR NEW TRIAL**

Defendant Byron Williams, by and through his attorney D. Scott Dattan, hereby joins in the motion for new trial filed by Defendant Roderick Williams (document 382) based on improper closing argument of Assistant U.S. Attorney Randell.  Those comments tainted the verdicts with respect to all defendants by casting the burden of proof upon those defendants.

It is respectfully submitted that the court's comments during that rebuttal argument

//

//

//

Page 1 of 2
USA v BYRON WILLIAMS;3:05-cr-76-1-RRB
Joinder in Motion for New Trial

were insufficient to cure the damage and the jury was left with the impression that all defendants had to prove their innocence. Therefore, Byron Williams also moves for a new trial in this cause.

Dated this 7th day of July, 2006.

        s/D. Scott Dattan
        Attorney for Defendant, Byron Williams
        2600 Denali Street, Suite 460
        Anchorage, Alaska  99503
        Phone:  907-276-8008
        E-Mail:  dattan@alaska.net
        Alaska Bar No:  8411111

CERTIFICATE OF SERVICE

I hereby certify that on July 7th, 2006,
a copy of foregoing JOINDER IN
MOTION FOR NEW TRIAL
was ELECTRONICALLY sent to:

Lance Wells
Burke Wonnell
Crandon Randell

_____
D. Scott Dattan

Page 2 of 2
USA v BYRON WILLIAMS;3:05-cr-76-1-RRB
Joinder in Motion for New Trial