IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BYRON WILLIAMS, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 3:05-cr-76-1-RRB |

**ORDER**

The ex parte motion for interim payment for CJA counsel for Byron Williams is GRANTED. Counsel is hereby authorized to submit a CJA-21 voucher for services through June 30, 2006.

DATED: 8/8/06

REDACTED SIGNATURE

RALPH R. BEISTLINE
U.S. DISTRICT JUDGE

*Dattan Scott Dattan*
ATTORNEY AT LAW
2600 DENALI STREET, SUITE 460
ANCHORAGE, ALASKA 99503
PHONE (907) 276-8008
FAX: (907) 278-8571

Page 1 of 1
USA v BYRON WILLIAMS;3:05-cr-76-1-RRB
ORDER
Motion for Interim Payment