LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Fax: (907) 278-8571

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| BYRON WILLIAMS, | ) ) |
| Defendant. | ) ) |
| | ) Case No. 3:05-cr-76-1-RRB |

**MOTION TO UNOPPOSED**
**AUTHORIZED CONTACT VISIT**

Defendant Byron Williams, by and through his attorney D. Scott Dattan, moves this court for an order allowing him to have a contact visit with his son Travante Williams (age 12) while he is in Anchorage for sentencing. This motion is not opposed by Assistant U.S. Attorney Randell.

Apparently the Department of Corrections has a policy against visits by minor children, absent a court order authorizing such a visit. The child's mother has requested that her son be allowed to visit his father while he is here in Anchorage. Mr. Williams faces sentence well in excess of 20 years, all of which will be served outside the State of Alaska. This may be Travante's last visit with his father for a long time.

The U.S. Marshal's office has indicated that they have no objection to the proposed visit, but that Mr. Williams will not be in Anchorage very long, three or four days, at most.

Only one contact visit is sought – either Wednesday, September 13th, or Thursday, September 14th. The child would be accompanied by his mother, Stephanie Williams.

Dated this 8th day of September, 2006.

                    s/D. Scott Dattan
                    Attorney for Defendant, Byron Williams
                    2600 Denali Street, Suite 460
                    Anchorage, Alaska  99503
                    Phone:  907-276-8008
                    E-Mail:  dattan@alaska.net
                    Alaska Bar No:  8411111

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2006, a copy of foregoing MOTION TO UNOPPOSED AUTHORIZE CONTACT VISIT was ELECTRONICALLY sent to:

Crandon Randell


  s/D. Scott Dattan