LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Fax: (907) 278-8571

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BYRON WILLIAMS, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:05-cr-76-1-RRB |

**ORDER**

      IT IS HEREBY ORDERED that Byron Williams is authorized to have one contact visit with his son Travante Williams on either September 13 or September 14, 2006.

DATED: _____       _____
                                                                       RALPH R. BEISTLINE
                                                                       U.S. DISTRICT JUDGE