LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | )<br>)<br>) |
| vs. | )<br>) |
| BYRON WILLIAMS,<br>        Defendant.<br>_____ | )<br>)<br>) Case No. 3:05-cr-76-RRB |

## MOTION FOR WITHDRAWAL OF COUNSEL
## AND FOR
## APPOINTMENT OF SUBSTITUTE COUNSEL FOR APPEAL

D. Scott Dattan, CJA counsel for Defendant Byron Williams hereby moves to withdraw as counsel pursuant to Circuit Rule 4-1(c).

The Notice of Appeal and Mr. Williams' affidavit consenting to withdrawal and requesting appointment of substitute counsel are filed herewith. One of Mr. Williams' points on appeal is certain to be his claim of ineffective assistance of counsel. For that reason alone, undersigned counsel respectfully submits that he should be allowed to withdraw.

Dated this 14th day of September, 2006 in Anchorage, Alaska.

s/D. Scott Dattan
Attorney for Defendant, Byron Williams
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: 907-276-8008
E-Mail: dattan@alaska.net

Page 1 of 1
USA v BYRON WILLIAMS; 3:06-cr-076-RRB
Motion for Withdrawal of Counsel and for
Substitute Counsel for Appeal