MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. BYRON WILLIAMS          CASE NO. 3:05-cr-00076-01-RRB
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:          RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:          CRANDON RANDELL

DEFENDANT'S ATTORNEY:          D. SCOTT DATTAN

U.S.P.O.:          BARBARA BURTON

PROCEEDINGS: IMPOSITION OF SENTENCE HELD SEPTEMBER 14, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:02 a.m. court convened.

X Notice of Appeal form given to defendant.

X Court stated findings/reasons pursuant to sentencing guidelines.

X Imprisonment for a period of 324 months. This term consists of 324 months on each of counts 1, 2, 4, 5, and 6, all such terms to run concurrent.

X Defendant placed on supervised release for a period of 120 months. This term consists of 120 months on each of counts 1, 2, 4, 5, and 6, all such terms to run concurrent under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

X Special Assessment $500.00         , due immediately.

X Defendant remanded to the custody of the U.S. Marshal.

X OTHER: Court and counsel heard re presentence report; court accepted presentence report. Statements heard on behalf of defendant. Appeal rights given.

At 9:43 a.m. court adjourned.

DATE:   September 14, 2006     DEPUTY CLERK'S INITIALS:   ak