IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BYRON WILLIAMS,<br><br>        Defendant. | U.S.D.C. Case Number<br>3:05-cr-00076-01-RRB<br><br><br>NOTICE OF APPEAL |

Notice is hereby given that __BYRON WILLIAMS__ appeals to the Ninth Circuit Court of Appeals from the:

(    )    Conviction only (Fed. R. Crim. P. 32(b)).

(X)    Conviction and sentence.

(    )    Sentence only (18 U.S.C. § 3742).

Judgment was entered on this action on: __SEPT. 14, 2006__.

Sentence imposed: _____.

Transcript required (yes or no): __YES__. If yes, date ordered or to be ordered: _____ (including arrangements for payment with court recorder).

Signature: __Byron Williams__
Date: __September 14, 2006__

(Rev 9/06)