LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Fax: (907) 278-8571

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| BYRON WILLIAMS, | ) ) ) |
| Defendant. | ) ) Case No. 3:05-cr-76-1-RRB |

### ORDER

The motion filed on behalf of Mr. Williams to appoint new counsel for purposes of appeal is GRANTED. D. Scott Dattan is hereby withdrawn as counsel for defendant. The Public Defender is ordered to appoint counsel for Mr. Williams for the appeal in this matter.

DATED: 9/29/06

RALPH R. BEISTLINE
U.S. DISTRICT JUDGE