Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BYRON WILLIAMS, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:05-cr-76-1-RRB |

**ENTRY OF APPEARANCE**

COMES NOW JOHN C. PHARR and hereby enters his appearance of record for defendant BYRON WILLIAMS.

All further notices, filings, and other documents required to be served upon or otherwise furnished to defendant in this matter shall be delivered to the undersigned at:

> LAW OFFICES OF JOHN C. PHARR
> 733 W. 4th Avenue, Suite 308
> Anchorage, Alaska  99501
>
> Telephone:  907/272-2525
> Facsimile:  907/277-9859
> E-mail: jpharr@gci.net; recipes4a@yahoo.com

*ENTRY OF APPEARANCE*
*United States of America v. Byron Williams*
*Case No. 3:05-cr-76-1-RRB*                                                                 *Page 1 of 2*

DATED at Anchorage, Alaska, this 2nd day of October 2006.

LAW OFFICES OF JOHN C. PHARR

s/John C. Pharr
Attorney for Defendant,
Byron Williams
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 2nd, 2006, a copy of the foregoing was served electronically:

Crandon Randell
Asst. U.S. Attorney

s/John C. Pharr

*ENTRY OF APPEARANCE*
*United States of America v. Byron Williams*
*Case No. 3:05-cr-76-1-RRB*                                              *Page 2 of 2*