UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED
NOV 2 - 2006
CLERK, U.S. ...
ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title: USA v Williams et al
Court of Appeals No. (leave blank if unassigned): 6-30512
U.S. District Court Judge Name and Case No.: Ralph R Beistline  3:05-cr-00076-01-RRB
Date Complaint/Indictment/Petition Filed: 8/16/2005
Date Appealed Order/Judgment *entered*: 9/15/2006
Date NOA *filed*: 9/18/2006

Court Reporter(s) Name and Phone Number: Tina J Grothause

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: _          Date Docket Fee billed: _
Date FP granted: _                Date FP denied: _
Is FP pending? no                 Was FP Limited/Revoked?
US Government Appeal?  no
Companion Cases?  Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                Appellee Counsel:
D Scott Dattan                    Crandon Randell
2600 Denali St Ste 460            222 W 7th Ave #9
Anchorage, AK 99503               Anchorage, AK 99513
(907) 276-8008                    (907) 271-5071

__retained   X_CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _         Address: _
Custody: _              _
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _         9th Circuit Docket Number: _

Name and phone number of person completing this form:  Tina J Grothause
                                                        (907) 451-5791