UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>V.<br><br>PAULA M. ROBERDS,<br><br>Defendant - Appellant. | No. 06-30511<br>D.C. No. CR-05-00076-JDR<br><br>**JUDGMENT**<br><br>RECEIVED<br>OCT 2 2 2007<br>CLERK, U.S. DISTRICT COURT<br>ANCHORAGE, A.K. |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>V.<br><br>BYRON WILLIAMS,<br><br>Defendant - Appellant. | No. 06-30512<br>D.C. No. CR-05-00076-1-RRB<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that we AFFIRM the convictions of Byron Williams and REVERSE Paula M. Roberds' conviction of maintaining drug-involved premises in violation of 21 U.S.C. section 856 (a)(1)(b).

Filed and entered 09/26/07

