Rec 3/17

Byron Williams
Reg. No. 15145-006
FCI-Herlong
P.O Box 800
Herlong, CA 96113

In Pro-Se


RECEIVED
MAR 17 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Byron Williams,
  Defendant,

   v.

United States of America,
    Plaintiff.

)
)
)
)
)
)
)
)

RE: CRIMINAL NO.: 3:05-CR-0076-01 RRB

MOTION REQUESTING THE COURT TO
APPOINT COUNSEL REGARDING
DEFENDANT'S MOTION FOR
MODIFICATION OF SENTENCE
UNDER 18 U.S.C. 3582(C)(2)

---

 Defendant wishes motion before this court requesting modification of his criminal sentence under 18 U.S.C. 3582(c)(2). Defendant believes that he is entitled to a sentence reduction at the discretion of this court under a new amendment to the sentencing guidelines that has been made retroactive, specifically regarding an enhancement for cocaine base (crack) under 2D1.

 Comes now, Defendant, requesting this Honorable Court to appoint counsel, representing the interests and the rights of the Defendant, as the Defendant is ignorant to the legalities revolving around these issues and can not, within the realm of justice, present a fair representation on his own behalf.

 Defendant is indigent now and was originally represented by court appointed counsel.

Dated: 3-10-2008

         Respectfully submitted,

         Byron Williams

         Reg. No.: 15145-006
         P.O.Box 800
         Herlong, CA  96113

(1)

CERTIFICATE OF SERVICE

I, Byron Williams ____, hereby certify that I have made service of the foregoing:

Motion Requesting The Court To Appoint Counsel Regarding Defendants Motion For Modification of Sentence under 18 U.S.C. 3582 (c) (2)

upon the following party(s):

The Honorable Ralph R Beistline
U.S. District Court Judge
Federal Building & US Courthouse
222 West 7Th Avenue, #9 Room 253
Anchorage Alaska 99513-7567

by depositing in the United States mail at: 741-925 Herlong Access Road A-25, Herlong FCI, P.O. Box 800, Herlong, California 96113, the aforesaid documents mentioned above in an enclosed envelope with postage thereon fully prepaid; on this 10Th day of march , 2008 a true, correct, and complete copy thereof.

Byron Williams

Byron Williams

FCI Herlong
741-925 Herlong Access Road A-25
P.O. Box 800
Herlong, California 96113

Byron Williams
Reg 15145-006
Federal Correctional Institute - Herlong
Herlong CA. Po Box 800 96113

USA FIRST CLASS FOREVER

"LET US DARE TO RE
THINK, SPEAK, AND
John Adams, 1765
[illegible]

RENO NV 895
11 MAR 2008 PM I T

The Honorable Ralph R Beistline
US District Court Judge
Federal Building & U.S. Courthouse
222 West 7th Avenue #9 Room 253
Anchorage Alaska 99513 - 7567

995133756