IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRYON WILLIAMS,<br><br>    Defendant. | Case No. 3:05-cr-00076-RRB<br><br><u>ORDER REGARDING</u><br><u>COURT-APPOINTED COUNSEL</u> |

On March 17, 2008, Bryon Williams filed a motion for appointment of counsel, for the purposes of re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.[1]

In order to make a decision regarding court-appointed counsel, however, the Court must have adequate information about Mr. Williams' financial situation. Therefore, Mr. Williams will be permitted to file an amended motion for counsel, along with a fully completed financial affidavit.

---

[1] *See* Docket Nos. 551; *see also United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

**IT IS HEREBY ORDERED:**

1. Mr. Williams' application for appointment of counsel, at docket number 551, is DENIED with leave to amend.

2. The Clerk of Court is directed to send this Court's form USDCA 40, Application for Appointment of Counsel, and a form CJA 23, Financial Affidavit, to Mr. Williams with a copy of this Order. Mr. Williams may file an application for counsel, along with a fully completed financial affidavit, on or before **April 30, 2008**. If counsel is appointed for Mr. Williams, counsel will be given 60 days from the date of appointment to file a motion for re-sentencing on Mr. Williams' behalf, and the Government will have 60 days to respond.

DATED this 19th day of March, at Anchorage, Alaska.

/s/RALPH R. BEISTLINE
United States District Judge