Name: Byron Williams
Prison Number: 15145-006
Place of Confinement: Federal Correctional Institution
P.O. Box 800
Address
Herlong, CA 96113
Telephone:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

United STATES OF AMERICA,
Plaintiff/Petitioner,

CASE NO. 3:05-cr-00076-RRB

VS,

Byron Williams,
Defendant/Respondent.

**MOTION FOR APPOINTMENT OF COUNSEL**

I, Byron Williams, move this Court for appointment of counsel. I make this request for the reason that I am financially unable to retain an attorney, as supported by the Financial Affidavit in Support of Request for Attorney attached to this motion.

I need a lawyer because for the purposes of re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "Crack" Cocaine.

PS-08                                                                                                     07/06

I have taken the following steps to find a lawyer on my own, with the following results: _____

_____

_____

_____

_____

_____

### Declaration Under Penalty of Perjury

I, _Byron Williams_, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: _MARCH 25-2008_, at _Federal Correctional institute P.O. Box 800 Herlong, CA 96113_, Alaska.

_Byron Williams_
Signature

### Certificate of Service

I certify that, on _____ a copy of this motion
(Date of mailing or handing to Correctional Officer)

was served, by first class U.S. mail, on_____
(Opposing Party or Counsel)

at _____.
(Address)

_____
Signature

PS-08                                                                 07/06

Byron Williams
15145-006
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113

Ralph R. Beistline
U.S. District Court Judge
222 West 7th Avenue #9
Anchorage, ALASKA 99513

