IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BRYON WILLIAMS,<br><br>        Defendant. | Case No. 3:05-cr-00076-RRB-1<br><br>ORDER APPOINTING COUNSEL<br>and SETTING SCHEDULE |

On April 1, 2008, Bryon Williams, a self-represented prisoner, filed an

amended motion for appointment of counsel, for the purposes of re-sentencing

under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to

"crack" cocaine, showing that he is eligible for court-appointed counsel.[1]

IT IS THEREFORE ORDERED that:

1.    The Clerk shall ensure that the United States Attorney has been served with

      a copy of docket numbers 553 and 554, along with this Order.

---

[1] *See* Docket Nos. 553, 554; *see also  Kimbrough v. United States*,
128 S.Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidlines
for United States Courts, 72 Fed.Reg. 28571-28572 (2007); *United States
v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time
reductions for crack cocaine offenders sentenced prior to November 1,
2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

2.    Mr. Williams' application for appointment of counsel, at docket number 553, is GRANTED. The Federal Public Defender for the District of Alaska will designate counsel from the CJA Panel or the Federal Public Defender's office to represent Mr. Williams in this case, for the purposes of filing a motion under section 3582(c).

3.    Counsel for Mr. Williams shall review the record, confer with him, and file a motion under section 3582(c), or other appropriate document, within sixty days from the date of this Order.

4.    The Government is permitted to file a response within sixty days from the time counsel for Mr. Williams files the motion.

5.    Counsel for Mr. Williams may file a reply within thirty days of the filing of the response.

DATED this 8th day of April, 2008,  at Anchorage, Alaska.

/s/RALPH R. BEISTLINE
United States District Judge