Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BYRON WILLIAMS, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 3:05-cr-0076-RRB-1 |

**ENTRY OF APPEARANCE**

COMES NOW JOHN C. PHARR and hereby enters his appearance of record for defendant BYRON WILLIAMS.

All further notices, filings, and other documents required to be served upon or otherwise furnished to defendant in this matter shall be delivered to the undersigned at:

> LAW OFFICES OF JOHN C. PHARR
> 733 W. 4th Avenue, Suite 308
> Anchorage, Alaska  99501
>
> Telephone:  907/272-2525
> Facsimile:  907/277-9859
> E-mail:     jpharr@gci.net

DATED at Anchorage, Alaska, this 14th day of May 2008.

*ENTRY OF APPEARANCE*
*United States of America v. Byron Williams*
*Case No. 3:05-cr-0076-RRB-1*                                           Page 1 of 2

LAW OFFICES OF JOHN C. PHARR
Attorneys for Defendant,
Byron Williams


By: _/s/ John C. Pharr_____

733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
May 14, 2008, a copy
of the foregoing was served
electronically:

U.S. Attorney's Office

s/John C. Pharr

*ENTRY OF APPEARANCE*
*United States of America v. Byron Williams*
*Case No. 3:05-cr-0076-RRB-1*                                            *Page 2 of 2*