Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BYRON WILLIAMS, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:05-cr-0076-RRB-1 |

**MOTION FOR THIRTY-DAY EXTENSION TO FILE MOTION FOR RE-SENTENCING**

COMES NOW defendant Byron Williams by and through his attorney of record John C. Pharr of the LAW OFFICE OF JOHN C. PHARR, and hereby moves this court for a thirty-day extension of time to file his Motion for Re-Sentencing.

This motion is supported by the attached affidavit of counsel.

DATED at Anchorage, Alaska, this 9th day of June 2008.

LAW OFFICES OF JOHN C. PHARR
Attorneys for Defendant,
Byron Williams

By: _/s/ John C. Pharr_____

733 W. 4th Ave, Suite 308

```
                                    Anchorage, Alaska 99501
                                    Phone: 907/272-2525
                                    Fax: 907/277-9859
                                    E-mail: jpharr@gci.net
                                    AK # 8211140
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 9, 2008, a copy of the foregoing was served electronically:

U.S. Attorney's Office

s/John C. Pharr