Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BYRON WILLIAMS, )<br>)<br>Defendant. )<br>_____) | Case No. 3:05-cr-0076-RRB-1 |

**ORDER ON MOTION**
**FOR THIRTY-DAY EXTENSION**
**TO FILE MOTION FOR RE-SENTENCING**

The court having considered defendant Byron Williams' motion for a thirty-day extension of time, and the court being fully advised in the premises,

It is hereby ORDERED, ADJUDGED and DECREED that defendant's motion is GRANTED. The Motion for Re-Sentencing is due by July 9, 2008.

DATED at Anchorage, Alaska, this ___ day of _____ 2008.

_____
Hon. Ralph R. Beistline
Judge of the U.S. District Court

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
June 9, 2008, a copy
of the foregoing was served
electronically:

U.S. Attorney's Office

s/John C. Pharr