Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| BYRON WILLIAMS, | ) ) ) |
| Defendant. | ) ) Case No. 3:05-cr-0076-RRB-1 |

**AFFIDAVIT OF JOHN C. PHARR**

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

I, John Pharr, depose and state as follows.

1. I am attorney of record for defendant Byron Williams.

2. Defendant's Motion for Re-Sentencing is due today.

3. I need more time to communicate with my client who is incarcerated at Herlong, California.

4. I am therefore requesting a thirty-day extension of time to file the defendant's Motion for Re-Sentencing.

5. This is the first motion for extension of time.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

*AFFIDAVIT OF JOHN C. PHARR*
*United States of America v. Byron Williams*
*Case No. 3:05-cr-0076-RRB-1*                                           Page 1 of 2

DATED at Anchorage, Alaska, this 9th day of June 2008.

LAW OFFICES OF JOHN C. PHARR
Attorneys for Defendant,
Byron Williams

By: _____
John C. Pharr

733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

SUBSCRIBED AND AFFIRMED before me this 9th day of June 2008, at Anchorage, Alaska.

_____
Notary Public in and for the State of AK
My commission expires: June 8, 2010

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 9, 2008, a copy of the foregoing was served electronically:

U.S. Attorney's Office

By: _____
John C. Pharr

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

*AFFIDAVIT OF JOHN C. PHARR*
*United States of America v. Byron Williams*
*Case No. 3:05-cr-0076-RRB-1*                                            *Page 2 of 2*